JAMES R. McCAULEY

*v.*

THE PEOPLE OF THE STATE OF ILLINOIS.

CHANGE OF VENUE—*by whom application should be made.* Where the petition for a change of venue is neither signed nor sworn to by the party in whose behalf the motion is made, the application should be denied. There is no statute authorizing any other person than the party himself to petition for a change of venue.

WRIT OF ERROR to the Circuit Court of Champaign county; the Hon. C. B. SMITH, Judge, presiding.

Mr. M. B. Thompson, and Messrs. Sweet & Day, for the plaintiff in error.

Mr. James K. Edsall, Attorney General, for the People.

Per Curiam : When this case was called for trial, defendant entered a motion for a change of venue, on account of the prejudice of the judge presiding.

One objection taken is fatal to the application. The petition upon which the motion was based, was neither signed nor sworn to by defendant. There is no statute that authorizes any other person to petition for a change of venue on behalf of defendant, and the application was properly denied.

The other questions made are substantially the same as in *McCann* v. *The People, ante,* 103, and are decided in the same way.

The judgment must be affirmed.

*Judgment affirmed.*